# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Kierra K. Cannon<br>　　　　　Defendant. | Case No.: SA19-889M<br><br>ORDER [OF DETENTION]<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge  Paul Warner, Utah , and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

　　(A)　(✓)　11/14/19 conviction for receiving stolen property, based on 10/22 events

　　　　　　　that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

　　(B)　( )　that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

_____

_____

| | |
|---|---|
|1| and |
|2| (2) |

  (A) ( ) that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

  (B) ( ) that the defendant is unlikely to abide by any condition or combination of conditions of release.

    and/or, in the event of (1) (A)

 (3) (✓) that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

    or

 (4) ( ) that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

  ( ) This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

    or

    C.

(✓) IT IS ORDERED that the defendant be detained prior to trial.

DATED: 11/18/19

~~ROBERT N. BLOCK~~ Karen E. Scott
UNITED STATES MAGISTRATE JUDGE